UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RUSSELL PRICE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:17-CV-625-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that for the reasons having been shown in the Plaintiff's Unopposed Motion to Withdraw Appeal, this case is dismissed without prejudice.

**This Judgment Filed and Entered on May 8, 2018, and Copies To:**
Paul T. McChesney                         (via CM/ECF electronic notification)
Stephen F. Dmetruk, Jr.                   (via CM/ECF electronic notification)

DATE:                                     PETER A. MOORE, JR., CLERK
May 8, 2018                               (By) /s/ Nicole Briggeman
                                               Deputy Clerk